USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CEDRIC BISHOP, *On Behalf Of Himself And All Other Persons Similarly Situated*,

                            Plaintiff,

-against-

ELEVEN60 L.L.C.,

                            Defendant.

-----------------------------------------------------------------X

1:22-cv-8780-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated October 17, 2022, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 23, 2023. The Court has not received the proposed case management plan or joint letter. The parties are directed to comply with the Court's October 17, 2022 order forthwith, and no later than January 26, 2023.

    SO ORDERED.

Dated: January 24, 2023
New York, New York

                                                          GREGORY H. WOODS
                                                  United States District Judge